**FILED**

05/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0482

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 20-0482

A.C.I. CONSTRUCTION, LLC,

> *Plaintiff/Appellant/Cross Appellee,*

V.

ELEVATED PROPERTY INVESTMENTS, LLC,
LEASE OPTION SOLUTIONS, LLC, WESTERN BUILDING
CENTER, JUSTIN NORBERG, NORBERG ELECTRIC, LLC,
MONTANA DIRT WORKS,

> *Defendants/Appellees/Cross Appellant*

## ORDER GRANTING EXTENSION OF TIME

Upon consideration of Appellee/Cross Appellant's Unopposed Motion for Extension of Time,

IT IS HEREBY ORDERED that Appellee/Cross Appellant is granted a fourteen (14) day extension of time, up to and including May 28, 2021, within which to file and serve its Reply Brief to Cross Appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 10 2021